UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 15cr29 |
| | : | |
| vs. | : | Judge Jones |
| | : | |
| TIMOTHY ALBRIGHT | : | |
| Defendant | | |

## PLEA

NOW, this 23 day of March 2015, the defendant in open court enters a plea of guilty to counts ___1___ of the Information.

*[signature]*
TIMOTHY ALBRIGHT